FILED
JAMES J. VILT, JR. - CLERK
SEP 0 2 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL

UNITED STATES OF AMERICA

Antony Blanco
NAME

5:26-PO-137-LLK

## MEMORANDUM OF PLEA AGREEMANT
## PURSUANT TO FED. R. CRIM. P. 11(c) (1)(B)

The above-named defendant is charged with the following offense(s):

1) DUI 2)____ 3)____
4)____ 5)____ 6)____

The maximum penalties, any mandatory minimum penalties, and SPA's for this/these offenses are as follows:

1) $200-$500; 48 hrs-30 days 2)____
3)____ 4)____
5)____ 6)____

In consideration for the defendant's plea(s) of guilty to the offense numbers:____

THE UNITED STATES, THROUGH COUNSEL, SHALL RECOMMEND TO THE COURT THE FOLLOWING SENTENCE(S):

| | 1) | 2) | 3) | 4) | 5) | 6) |
|---|---|---|---|---|---|---|
| Imprisonment | TS | | | | | |
| Fine | $200 | | | | | |
| Special Assessment Fee | $10 | | | | | |
| Processing Fee | $30 | | | | | |
| Probation | | | | | | |
| Restitution | | | | | | |
| TOTAL | $240 | | | | | |

Other:____

COUNTS TO BE DISMISSED AT SENTENCING____

The defendant acknowledges that he/she understands that the above is a sentencing recommendation made to the Court by the United States and that the Court is not bound to sentence the defendant in conformance with the recommendation. Further, the defendant understands that if the court elects not to follow the recommendation for any reason, the defendant will not be allowed to withdraw his/her plea(s) of guilty. Further, the defendant acknowledges that the plea(s) of guilty is/are voluntary and that he/she or he United States may elect to withdraw from this plea agreement at any time prior to the entering of the defendant's plea(s) of guilty.

DATE: 2 Sept 2026

[signature]
Defendant

[signature]
Counsel for United States

[signature]
Defense Counsel